UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERICKSON'S FLOORING & SUPPLY
CO., INC.,

                      Plaintiff,                  No. 04-CV-74990-DT

vs.                                          Hon. Gerald E. Rosen

BASIC COATINGS, INC., et al.,

                      Defendant.
_____/

ORDER DISMISSING DEFENDANTS' PENDING
JOINT MOTION TO DISMISS, WITHOUT PREJUDICE

                At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on _____2/10/06_____

                PRESENT:  Honorable Gerald E. Rosen
                               United States District Judge

       Defendants having filed a Fed. R. Civ. P. 12(b)(6) Joint Motion to Dismiss well in advance of the close of discovery in this matter; and the Court having determined that a fully developed record is necessary for adjudication of the issues raised in Defendants' motion; and being otherwise fully advised in the premises,

       NOW, THEREFORE,

       IT IS HEREBY ORDERED that Defendants' January 25, 2005 Joint Motion to Dismiss (Dkt. # 6) is denied, without prejudice to Defendants' right to seek relief

pursuant to Fed. R. Civ. P. 56 by re-filing their motion at the dispositive motion cutoff.

                              s/Gerald E. Rosen
                              Gerald E. Rosen
                              United States District Judge

Dated:  February 13, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 13, 2006, by electronic and/or ordinary mail.

                              s/LaShawn R. Saulsberry
                              Case Manager